UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHRISTOPHER ALAN GRAY, | ) | Case No. 23-02762-RLM-13 |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DEBORAH J. LONG, | ) | |
|     Plaintiff, | ) | |
| | ) | Adversary No. 23-50104 |
| v. | ) | |
| | ) | |
| CHRISTOPHER ALAN GRAY, | ) | |
|     Defendant. | ) | |

### AFFIDAVIT OF SERVICE OF APPLICATION FOR DEFAULT

Matthew Foster, being first duly sworn upon his oath, affirms and states as follows:

1.  I am the attorney for Plaintiff Deborah J. Long in the above-captioned action, am over the age of eighteen (18) years, am competent to testify, and have personal knowledge of the facts set forth herein.

2.  On December 6, 2023, as provided by Fed. R. Bankr. P. 7005 and Fed. R. Civ. P. 5(b)(2)(C), I served a copy of Plaintiff's "Motion for Entry of Default" and its exhibit by first-class, prepaid U.S. mail on (1) Debtor, Christopher Alan Gray, 830 Prestwick Way, Greenwood, IN 46143, and (2) Debtor's bankruptcy cause counsel, J. Andrew Sawin, Sawin & Shea LLC, 6100 N. Keystone Ave Ste 620, Indianapolis, IN 46220.

Further affiant sayeth naught.

Date: December 11, 2023



Attorney for Plaintiff Deborah J. Long

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing and its accompanying exhibit was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System and it may be accessed through such system.

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Ann Delaney, Trustee
ECFdelaney@trustee13.com

_____
Matthew Foster
Attorney for Adversary Defendant