UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>CHRISTOPHER ALAN GRAY, )<br>)<br>        Debtors. )<br>_____)<br>)<br>DEBORAH J. LONG, )<br>)<br>        Plaintiff, )<br>)<br>        v. )<br>)<br>CHRISTOPHER ALAN GRAY, )<br>)<br>        Defendant. ) | Case No. 23-02762-RLM-13<br><br><br><br><br><br><br>Adversary Proceeding No. 23-50104 |

**MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

Defendant Christopher Alan Gray ("Gray"), by counsel, for his Motion to Set Aside Clerk's Entry of Default respectfully shows the Court as follows:

1. On October 7, 2023, Plaintiff Deborah J. Long ("Long") initiated the above-captioned adversary proceeding by filing her *Complaint to Determine Dischargeability of Debt* (ECF No. 1) seeking a determination of non-dischargeability under 11 U.S.C. §§ 523(a)(2) and (4).

2. On October 17, 2023, Long filed an Amended Complaint (ECF No. 3).

3. On December 6, 2023, Long filed her *Application for Entry of Default* by Clerk.

4. On December 12, 2023, the Clerk entered default against Gray.

5. Long has not yet filed a Motion for Default Judgment.

6. Counsel was retained to represent Gray in this adversary proceeding on

December 19, 2023.

7. Gray anticipates filing his answer to the Amended Complaint no later than December 21, 2023.

8. Pursuant to Fed. R. Civ. P. 55(c), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7055, the Court may set aside an entry of default for good cause.

9. Default judgments are generally disfavored when the dispute may be resolved on the merits.

10. Both parties will benefit from a resolution on the merits that results in a full and final conclusion of the dispute that promotes the dual objectives of the bankruptcy code: providing the debtor with a fresh start while also treating creditors fairly.

WHEREFORE, Gray, by counsel, prays that the Court set aside the *Clerk's Entry of Default*, and for all other relief proper in the premises.

Dated: December 20, 2023

By: /s/ Harley K. Means
Harley K. Means, Atty # 23068-32
Jason T. Mizzell, Atty # 30038-53
Kroger, Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
317-692-9000 - phone
hkm@kgrlaw.com
jtm@kgrlaw.com

Attorneys for Christopher A. Gray

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2023, the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Matthew W. Foster
efiling@fosterlaw.llc

By: /s/ Harley K. Means
Harley K. Means, Atty # 23068-32