UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHRISTOPHER ALAN GRAY, ) | Case No. 23-02762-RLM-13 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| DEBORAH J. LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 23-50104 |
| ) | |
| CHRISTOPHER ALAN GRAY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S PRETRIAL STATEMENT**

Defendant, Christopher A. Gray, ("Defendant"), pursuant to the Court's Order Setting Pretrial Conference [Doc. No. 20], submits the following Pretrial Statement. Prior to filing this Pretrial Statement, counsel for Defendant communicated with counsel for Deborah J. Long ("Plaintiff") via email to consult regarding submitting a joint pretrial statement. Counsel for Plaintiff and Defendant were unable to collaborate on submitting a joint pretrial statement. The following statements solely reflect Defendant's positions.

1. Statement of Jurisdiction: This Court has jurisdiction over the matters at issue in this Adversary Proceeding pursuant to 28 U.S.C. §§ 157 and 1334. The subject matter of this Adversary Proceeding is a core proceeding as defined in 28

U.S.C. § 157. Defendant consents to this Court entering a final order and/or judgment in this Adversary Proceeding pursuant to Fed. R. Bankr. P. 7008.

2. <u>Statement of Undisputed Facts</u>:

   a. Defendant is a debtor in a Chapter 13 case pending before this Court under Case No. 23-02762-RLM-13.

   b. Plaintiff is a creditor of Defendant.

3. <u>Statement of Facts at Issue</u>:

   a. Defendant filed an Answer to Amended Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. §§ 523(a)(2) and 523(a)(4) [Doc. No. 17] on December 20, 2023, which Answer denied all factual assertions contained in the Amended Complaint other than those in Paragraphs 1 -3.

   b. All remaining factual allegations contained in Paragraphs 4 – 28 of the Amended Complaint are at issue in this Adversary Proceeding.

4. <u>Statement of Issues of Law to be Resolved</u>:

   a. Whether the indebtedness owed to Plaintiff should be determined to be non-dischargeable under 11 U.S.C. § 523(a)(2).

   b. Whether the indebtedness owed to Plaintiff should be determined to be non-dischargeable under 11 U.S.C. § 523(a)(4).

5. <u>Defendant's Preliminary Witness List</u>:

   a. Deborah J. Long: 1980 W. Lawson Road, Bloomington, Indiana 47404.

   b. Christopher A. Gray: 830 Prestwick Way, Greenwood, Indiana 46143.

   c. Unknown medical professionals to testify as to Plaintiff's cognitive state from 2016 through the present.

   d. Unknown witnesses or corporate representatives from Mountain West IRA, Inc.

   e. Any individuals necessary to rebut evidence or testimony introduced by Plaintiff during the course of the trial.

   f. Any witnesses necessary or qualified to lay the foundation for the admissibility of documents or other exhibits.

   g. Any individuals who possess information or knowledge relevant to the issues in this matter, as determined by counsel during the ongoing process of discovery and investigation.

   h. Any expert witnesses yet to be determined by Defendant, who will provide specialized knowledge or opinions relevant to the case.

   i. Any witnesses identified as a result of subsequent discovery.

   j. Any person listed on the Plaintiff's preliminary or final witness list.

   k. Any individuals necessary to impeach or challenge the testimony of another person.

Christopher A. Gray, by counsel, hereby submits this Pretrial Statement.

Dated: January 25, 2024

Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

By: /s/ Harley K. Means
Harley K. Means, Atty # 23068-32
Jason T. Mizzell, Atty # 30038-53
Kroger, Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
317-692-9000 - phone
hkm@kgrlaw.com
jtm@kgrlaw.com
*Attorneys for Christopher A. Gray*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Matthew W. Foster
efiling@fosterlaw.llc

By: /s/ Harley K. Means
Harley K. Means, Atty # 23068-32