UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHRISTOPHER ALAN GRAY, | ) | Case No. 23-02762-RLM-13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| DEBORAH J. LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding No. 23-50104 |
| v. | ) | |
| | ) | |
| CHRISTOPHER ALAN GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S PRETRIAL STATEMENT**

Plaintiff Deborah J. Long ("Plaintiff"), pursuant to the Court's Order Setting Pretrial Conference [Doc. No. 20], respectfully submits this Plaintiff's Pretrial Statement.[1]

1. <u>Statement of Jurisdiction</u>: The Court has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. §§ 157 and 1334. The subject matter of this Adversary Proceeding is a core proceeding as defined in 28 U.S.C. § 157. Plaintiff consents to this Court entering a final order and/or judgment in this Adversary Proceeding pursuant to Fed. R. Bankr. P. 7008.

2. <u>Statement of Undisputed Facts</u>:

    a. Defendant is the debtor in a Chapter 13 case pending before this Court under Case No. 23-02762-RLM-13.

    b. Plaintiff is a creditor of Defendant in such case.

3. <u>Statement of Facts at Issue:</u>

   a. On October 17, 2023, Plaintiff filed her "Amended Complaint to Determine Dischargeability of Debt Pursuant To 11 U.S.C. §§ 523(a)(2) and 523(a)(4)" )the "Complaint") [Doc. No. 3].

   b. On December 20, 2023, Defendant filed his "Answer to Amended Complaint to Determine Dischargeability of Debt Pursuant To 11 U.S.C. §§ 523(a)(2) and 523(a)(4)" (the "Answer") [Doc. No. 17]

   c. Defendant's Answer denied all factual assertions in the Complaint except for those in paragraphs 1-3. Accordingly, the remaining factual allegations in paragraphs 4 – 28 of the Complaint are at issue.

4. <u>Statement of Issues of Law to be Resolved:</u>

   a. Whether the indebtedness owed to Plaintiff is non-dischargeable under 11 U.S.C. § 523(a)(2).

   b. Whether the indebtedness owed to Plaintiff is non-dischargeable under 11 U.S.C. § 523(a)(4).

5. <u>Plaintiff's Preliminary Witness List:</u>

   a. Deborah J. Long: 1980 W. Lawson Road, Bloomington, Indiana 47404.

   b. Christopher A. Gray: 830 Prestwick Way, Greenwood, Indiana 46143.

   c. As yet unidentified medical professionals to testify as to Plaintiff's cognitive state from 2016 through the present and/or rebut testimony from Defendant's own medical professionals.

   d. As yet unidentified individuals necessary to rebut evidence or testimony introduced by Defendant.

   e. As yet unidentified witnesses necessary to lay the foundation for admissibility of documents or other exhibits.

---

[1] Plaintiff's counsel apologizes for the late filing of this statement, and he confirms that Defendant's counsel sought collaboration on a joint statement.

f. As yet unidentified individuals who possess information or knowledge relevant to the issues in this matter, as determined during investigation and discovery.

g. As yet unidentified expert witnesses who will provide specialized knowledge or opinions relevant to the case.

i. As yet unidentified witnesses identified as a result of subsequent discovery.

j. Any person listed on any witness list submitted by Defendant

k. Any individuals necessary to impeach or challenge the testimony of other persons.

Respectfully submitted,

*/s/ Matthew Foster*

Matthew Foster (16400-49)
Foster Law LLC
9511 Angola Court, Suite 310
Indianapolis IN 46268
matt@fosterlaw.llc
317-399-4686
Attorney for Deborah J. Long

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing and its accompanying exhibit was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System and it may be accessed through such system.

| | |
|---|---|
| Harley K. Means<br>hkm@kgrlaw.com | Ann Delaney, Trustee<br>ECFdelaney@trustee13.com |
| Jason T. Mizzell<br>jtm@kgrlaw.com | J. Andrew Sawin, Counsel for Debtor<br>ecf@sawinlaw.com |
| U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov | |

*/s/ Matthew Foster*

Matthew Foster
Attorney for Adversary Plaintiff

3