UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHRISTOPHER ALAN GRAY, ) | Case No. 23-02762-RLM-13 |
| ) | |
| Debtors. ) | |
| ──────────────────────── ) | |
| ) | |
| DEBORAH J. LONG, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adversary Proceeding No. 23-50104 |
| ) | |
| CHRISTOPHER ALAN GRAY, ) | |
| ) | |
| Defendant. ) | |

## REPORT OF MEDIATOR

Comes now Michael J. Hebenstreit, the mediator in this cause, and reports to the Court that the parties participated in mediation on May 21, 2024. A resolution has been reached.

Respectfully submitted,

**LEWIS & KAPPES, P.C.**

*/s/ Michael J. Hebenstreit*
Michael J. Hebenstreit (7623-49)
One American Square, Suite 2500
Indianapolis, Indiana 46282
(317) 639-1210
(317) 639-4882 FAX
mhebenstreit@lewis-kappes.com
*Mediator*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, a copy of the foregoing Report of Mediator was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| U.S. Trustee Nancy J. Gargula | ustpregion10.in.ecf@usdoj.gov |
| Harley K. Means | hmeans@kgrlaw.com |
| Jason T. Mizzell | jmizzell@kgrlaw.com |
| Matthew W. Foster | efiling@fosterlaw.llc |

*/s/ Michael J. Hebenstreit*
Michael J. Hebenstreit (7623-49)