UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHRISTOPHER ALAN GRAY, ) | Case No. 23-02762-RLM-13 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| DEBORAH J. LONG, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adversary Proceeding No. 23-50104 |
| ) | |
| CHRISTOPHER ALAN GRAY, ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL**

Plaintiff, Deborah J. Long ("Plaintiff"), and Defendant, Christopher Alan Gray ("Defendant"), each by counsel, do now stipulate that Plaintiff's Amended Complaint against Defendant filed on October 17, 2023 [ECF No. 3] be dismissed, without prejudice, all costs prepaid. Each party to bear their own fees, costs and expenses.

Respectfully submitted,

| | |
|---|---|
| FOSTER LAW LLC | KROGER, GARDIS & REGAS, LLP |
| | |
| By: */s/Matthew W. Foster* | By: */s/ Harley K. Means* |
| Matthew W. Foster | Harley K. Means |
| Foster Law LLC | Kroger, Gardis & Regas, LLP |
| 9511 Angola Court | 111 Monument Circle, Suite 900 |
| Suite 310 | Indianapolis, IN 46204 |
| Indianapolis, IN 46268 | Tel: (317) 692-9000 |
| Tel: (317) 399-4686 | Fax: (317) 264-6832 |
| Email: matt@fosterlaw.llc | Email: hmeans@kgrlaw.com |
| *Counsel for Deborah J. Long* | *Counsel for Christopher Alan Gray* |

1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Matthew W. Foster
efiling@fosterlaw.llc

Michael J. Hebenstreit
MHebenstreit@lewiskappes.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

          /s/ *Harley K. Means*
      Harley K. Means